U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
NOV 15 2006
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
v. )
JEFFRA DEJESUS and )
ALAN DEJESUS-QUINONES )

CR 06 130-01S
Cr. No.
In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); 18 U.S.C. §§ 2 and 922(k)

FILED
NOV 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about October 31, 2006, in the District of Rhode Island, the Defendants, JEFFRA DEJESUS and ALAN DEJESUS-QUINONES, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2.

COUNT TWO

On or about October 31, 2006, in the District of Rhode Island, the Defendant, JEFFRA DEJESUS, did knowingly possess a firearm, namely a .357 Rossi Revolver, which has had the importer's and manufacturer's serial number removed, obliterated and altered and which has been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. § 922(k).

FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count Two of this Indictment, the Defendant, JEFFRA DEJESUS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) the firearm identified in Count Two of the Indictment.

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit