AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES

v.

JEFFRA DE JESUS

APPEARANCE

CASE NUMBER: CR 06 130-01 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JEFFRA DE JESUS

I certify that I am admitted to practice in this court.

11/20/06
*Date*

[signature]
*Signature*

ANTHONY M. TRAINI #4793
*Print Name* *Bar Number*

56 PINE ST SUITE 200
*Address*

PROVIDENCE RI 02903
*City* *State* *Zip Code*

401-621-4700 401-621-5888
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.