1253584 RECEIVED

AO 442 (Rev. 5/93) Warrant for Arrest

NOV 2 5 2006

US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JEFFRA DEJESUS

**WARRANT FOR ARREST**

CASE NUMBER: CR06-130-01S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JEFFRA DEJESUS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE; POSSESSION OF A FIREARM WITH A SERIAL NUMBER REMOVED

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(B); 18:2; 18:922(k)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J. Noel
Signature of Issuing Officer

November 15, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 11/15/2006 | NAME AND TITLE OF ARRESTING OFFICER Robert Young DUSM | SIGNATURE OF ARRESTING OFFICER Robert Young |
| DATE OF ARREST 11/20/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.