IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. No. 06-130-01S |
| | : | |
| JEFFRA DEJESUS and | : | |
| ALAN QUINONES DEJESUS | : | |

**MOTION OF DEFENDANT JEFFRA DEJESUS**
**TO CONTINUE TRIAL DATE AND FOR OTHER SCHEDULING RELIEF**

Defendant Jeffra DeJesus hereby respectfully moves this Honorable Court, pursuant to the provisions of 18 U.S.C. §3161(h)(8)(A) and (B)(i) and (ii), for an order continuing the trial of the within matter from its presently scheduled trial calendar date of January 4, 2007, to the March, 2007 trial calendar, and that the presently scheduled calendar call date of December 19 be vacated.

The Defendant further requests that the date by which he must file his Motion to Suppress Evidence in the within matter be extended from December 22, 2006 to and including January 22, 2007, and that the Motion to Suppress Evidence be scheduled for hearing on or after February 19, 2007.

As reason therefor, the defendant states as follows:

1. Defense counsel for Jeffra DeJesus is presently scheduled for trial before the Honorable Nathaniel M. Gorton in the United States District Court for the District of Massachusetts in the matter of United States v. Francis J. Molway, Jr., et als., No. 05-CR-10305 NMG, a two-defendant multi-count mail/wire fraud-honest services case indicted in November of 2005, to commence on February 5, 2007. Although the defendants have

filed a motion to dismiss in that case (to which the government has not yet responded), defense counsel is preparing for trial in the Molway matter; and although he cannot yet estimate the length of trial, counsel has reserved the period of time from February 5 through February 16 for that case.

2. In the instant case, both the defendant Jeffra DeJesus, as well as his co-defendant Alan DeJesus Quinones, have been ordered detained by United States Magistrate Judge Lincoln D. Almond; moreover, both defendants were originally charged in the state court with the same offenses charged in the within matter, and are presently being held without bail in the Kent County District Court on those charges, and both are presently in state custody at the Adult Correctional Institutions.[1]

3. The co-defendant, Mr. Quinones, is also being held in state custody on a Superior Court probation violation warrant and the hearing on his violation has been continued to March of 2007.

4. In addition, there has recently arisen a question as to whether Mr. Quinones' present counsel, Attorney Walter Stone, will continue to represent Mr. Quinones. In the event that substitute counsel appears for Mr. Quinones, there may be changes in pretrial motion or trial strategy that could affect the schedule of the case.[2] If Mr. Stone remains as counsel, he has already advised the Court that he will be outside the United States from approximately January 24 through February 9, 2007, and would therefore not be available for trial or for a hearing on the Motion to Suppress Evidence during that time period.

[1]The state charges are still pending despite the return of the federal indictment.

[2]For example, Mr. Quinones has not, as of this writing, filed a Motion to Sever, because the status of his counsel is presently uncertain.

5. Because of trial preparation for the Molway matter, as well as other commitments, defense counsel for Mr. DeJesus requires additional time to prepare his Motion To Suppress Evidence in the within matter. If the Court allows that motion to be filed on the requested date of January 22, and conducts the motion hearing on or after February 19, the earliest trial calendar available for this case will be March.

WHEREFORE, the defendant Jeffra DeJesus respectfully requests that the trial of the within matter be continued from its presently scheduled trial calendar date of January 4, 2007, to the March, 2007 trial calendar, and that the presently scheduled calendar call date of December 19 be vacated; the Defendant further requests that the date by which he must file his Motion to Suppress Evidence in the within matter be extended from December 22, 2006 to and including January 22, 2007, and that the Motion to Suppress Evidence be scheduled for hearing on or after February 19, 2007.

STATEMENT PURSUANT TO LOCAL RULE 12(f)

This motion is a pretrial motion within the meaning of 18 U.S.C. § 3161(h)(1)(F) and hence any delay from the filing of the motion through the prompt disposition of such motion is excludable time under this provision. It is not possible to estimate the amount of excludable time until the disposition of this motion. The defendant further agrees that in the event the motion is granted, the time between December 14, 2006 and the trial date is excludable time pursuant to the provisions of 18 U.S.C. §3161(h)(8)(A) and (B)(i) and (ii).

Dated: December 14, 2006

Respectfully submitted,

JEFFRA DEJESUS,
By his Attorney,

*/s/ Anthony M. Traini*
Anthony M. Traini (#4793)
56 Pine Street - Suite 200
Providence, RI 02903
Tel. (401) 621-4700
Fax (401) 621-5888
E-mail:amt@atrainilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, all on December 14, 2006.

*/s/ Anthony M. Traini*
Anthony M. Traini